UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE MACMASTERS,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF DEFENSE,<br><br>        Defendant. | Civil Action No. 25-2162 (TNM) |

**UNOPPOSED MOTION TO VACATE AND**
**RESCHEDULE INITIAL SCHEDULING CONFERENCE**

    The Department of Defense ("Department"), through undersigned counsel, respectfully moves the Court to vacate and reschedule the initial scheduling conference currently scheduled for December 1, 2025 at 2:30 P.M to occur via remote means. *See* Oct. 1, 2025, Order (ECF No. 11). The Department proposes that the Court reschedule the status conference to the week of December 15, 2025, or to December 22, 2025, at a time convenient for the Court. Pursuant to Local Civil Rule 7(m), Plaintiff, through counsel, consents to this relief. The grounds for this motion are set forth below.

    Plaintiff brings this action pursuant to the Administrative Procedure Act ("APA"), the Federal Declaratory Judgment Act, the All Writs Act, and the First Amendment, challenging the Department's pre-publication review of his forthcoming manuscript, which he describes as "his war memoir detailing his experiences [] during three deployments to Guantanamo Bay, Cuba, Ramadi, Iraq, and Ghazni, Afghanistan." *See* Compl. at 1, 2. The Department filed its answer on September 30, 2025. ECF No. 10. Shortly thereafter on October 1, 2025, this Court issued an order requiring the parties to appear on December 1, 2025, for an initial scheduling conference, and

directed the parties to comply with the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. That same day, due to a lapse in appropriations, the undersigned Defendant's counsel was furloughed until appropriations were restored on November 13, 2025, and was unable to work on this (or any other) matters during that period. Due to that lapse in appropriations, the parties' time to confer under Local Civil Rule 16.3 ahead of the initial scheduling conference on December 1, 2025, had already lapsed by the time appropriations were restored. In addition, undersigned returned to a slew of deadlines occurring immediately after Thanksgiving and on December 1, 2025, necessitating additional time for the parties to meaningfully confer regarding this case. Previously scheduled leave plans due to the Thanksgiving holiday, occurring immediately before the initial scheduling conference, also necessitate additional time for the parties to meet and confer and prepare their scheduling report pursuant to the Local Civil Rules.

Vacating the initial scheduling conference and granting this extension will serve the interests of justice by affording the parties additional time to meet and confer regarding a scheduling plan for this action. Plaintiff has graciously consented to rescheduling. A proposed order is included herein.

Dated: November 19, 2025                    Respectfully submitted,

                                            JEANINE FERRIS PIRRO
                                            United States Attorney


                                            By: */s/ Brenda González Horowitz*
                                                BRENDA GONZÁLEZ HOROWITZ
                                                D.C. Bar No. 1017243
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                Main: (202) 252-2500

                                            *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE MACMASTERS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>    Defendant. | Civil Action No. 25-2162 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's unopposed motion to vacate and reschedule the initial scheduling conference on December 1, 2025, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the initial scheduling conference is rescheduled to December _____, 2025, at _____.

SO ORDERED.

_____  
Dated

_____  
TREVOR N. MCFADDEN  
United States District Judge

3